UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK WATSON,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID R. GRIMMETT,<br><br>    Defendant. | Case No. 3:22-cv-00601<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## JOINT STATUS REPORT

Pursuant to the Court's Initial Case Management Order (ECF No. 20), the Parties, represented through undersigned counsel, submit the following Joint Status Report.

1. The Parties have not resolved this case amongst themselves yet, but they remain optimistic that they may be able to do so with more time.

2. Plaintiff has made a settlement demand, and Defendant has responded with his own calculation of Plaintiff's potential damages.

3. Defendant has also provided Plaintiff with copies of his payroll records for his review as part of continued settlement negotiations.

4. As part of the ongoing settlement negotiations, the Parties have discussed their respective positions, including the bases for their damages calculations.

5. The Parties anticipate making further progress in settlement negotiations in the coming weeks.

6. Pursuant to the Initial Case Management Order (ECF No. 20), the Parties will file an updated Joint Status Report by August 14, 2023.

Respectfully submitted,

*s/ Colby Qualls*
Colby Qualls
SANFORD LAW FIRM
10800 Financial Centre Parkway, Suite 500
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
colby@sanfordlawfirm.com

*/s Caroline Drinnon*
Heather M. Collins, BPR #26099
Ashley Shoemaker Walter, BPR #037651
Caroline Drinnon, BPR #037016
HMC Civil Rights Law, PLLC
7000 Executive Center Drive
Building Two, Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
heather@hmccivilrights.com
ashley@hmccivilrights.com
caroline@hmccivilrights.com

Attorneys for Plaintiff


*s/ Mary Taylor Gallagher*
Mary Taylor Gallagher, BPR #21482
GULLETT SANFORD ROBINSON & MARTIN PLLC
150 Third Avenue South, Suite 1700
Nashville, Tennessee 37201
Telephone: (615) 244-4994
Facsimile: (615) 256-6339
mtgallagher@gsrm.com

Attorney for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of May, 2023, a copy of the foregoing **Joint Status Report** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Mary Taylor Gallagher, Esq.
GULLETT SANFORD ROBINSON & MARTIN PLLC
150 Third Avenue South, Suite 1700
Nashville, Tennessee 37201
Telephone: (615) 244-4994
Facsimile: (615) 256-6339
mtgallagher@gsrm.com

Attorney for Defendant

*/s Caroline Drinnon*
Caroline Drinnon