UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK WATSON,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID R. GRIMMETT,<br><br>    Defendant. | Case No. 3:22-cv-00601<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

**JOINT STATUS REPORT**

    Pursuant to the Court's Initial Case Management Order (ECF No. 20), the Parties, represented through undersigned counsel, submit the following Joint Status Report.

    1.    The Parties filed their Initial Joint Status Report regarding their attempts to resolve the case on May 31, 2023. ECF No. 23.

    2.    Though the Parties have not resolved this case amongst themselves yet, they remain optimistic that they may be able to do so with more time.

    3.    Since the Parties' May 31, 2023, Joint Status Report (ECF No. 23), Plaintiff has made an additional settlement demand, and Defendant has responded with an additional offer of settlement. Plaintiff is currently analyzing Defendant's latest offer and is working on providing a response.

    4.    As part of the ongoing settlement negotiations, the Parties have continued to discuss their respective positions, including the potential strengths and weaknesses that each side faces if the Parties continue to litigate this case.

5. The Parties anticipate making further progress in settlement negotiations in the coming weeks. The Parties intend to make a concerted effort to determine whether a resolution will be possible by the end of August.

6. The Parties have discussed the potential of participating in a magistrate judge settlement conference if the Parties are unable to resolve this case amongst themselves. The Parties may seek such relief in the coming weeks after spending a little more time negotiating amongst themselves.

Respectfully submitted,

*s/ Colby Qualls*
Colby Qualls
FORESTER HAYNIE PLLC
400 North Saint Paul Street, Ste. 700
Dallas, Texas 75201
Telephone: (214) 210-2100
cqualls@foresterhaynie.com

*s/ Caroline Drinnon*
Heather M. Collins, BPR #26099
Ashley Shoemaker Walter, BPR #037651
Caroline Drinnon, BPR #037016
HMC Civil Rights Law, PLLC
7000 Executive Center Drive
Building Two, Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
heather@hmccivilrights.com
ashley@hmccivilrights.com
caroline@hmccivilrights.com

Attorneys for Plaintiff

*s/ Mary Taylor Gallagher*
Mary Taylor Gallagher, BPR #21482
GULLETT SANFORD ROBINSON & MARTIN PLLC
150 Third Avenue South, Suite 1700

Nashville, Tennessee 37201
Telephone: (615) 244-4994
Facsimile: (615) 256-6339
mtgallagher@gsrm.com

Attorney for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of August, 2023, a copy of the foregoing **Joint Status Report** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Mary Taylor Gallagher, Esq.
GULLETT SANFORD ROBINSON & MARTIN PLLC
150 Third Avenue South, Suite 1700
Nashville, Tennessee 37201
Telephone: (615) 244-4994
Facsimile: (615) 256-6339
mtgallagher@gsrm.com

Attorney for Defendant

*/s Caroline Drinnon*
**Caroline Drinnon**

3