UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK WATSON, <br><br> Plaintiff, <br><br> v. <br><br> DAVID R. GRIMMETT, <br><br> Defendant. | Case No. 3:22-cv-00601 <br><br> Chief Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair E. Newbern |

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION

PLEASE TAKE NOTICE that Colby Qualls, lead counsel for Plaintiff in the above-captioned matter, is no longer affiliated with Sanford Law Firm, PLLC. Colby Qualls is now affiliated with the law firm of Forester Haynie, PLLC, located at 400 North Saint Paul Street, Suite 700, Dallas, Texas, 75201, telephone: (214) 210-2100. Colby Qualls shall remain counsel of record on behalf of Plaintiff Mark Watson in the above-captioned matter.

Respectfully submitted,

**ATTORNEY COLBY QUALLS**

FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Ste. 700
Dallas, Texas 75201
Telephone: (214) 210-2100

*s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
cqualls@foresterhaynie.com

*s/ Caroline Drinnon*
Heather M. Collins, BPR #26099
Ashley Shoemaker Walter, BPR #037651

1

Caroline Drinnon, BPR #037016
HMC Civil Rights Law, PLLC
7000 Executive Center Drive
Building Two, Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
heather@hmccivilrights.com
ashley@hmccivilrights.com
caroline@hmccivilrights.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on the 14th day of August, 2023, a copy of the foregoing **Notice** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Mary Taylor Gallagher, Esq.
GULLETT SANFORD ROBINSON & MARTIN PLLC
150 Third Avenue South, Suite 1700
Nashville, Tennessee 37201
Telephone: (615) 244-4994
Facsimile: (615) 256-6339
mtgallagher@gsrm.com

                                            */s Caroline Drinnon*
                                            **Caroline Drinnon**