UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK WATSON,<br><br>　　Plaintiff,<br><br>v.<br><br>DAVID R. GRIMMETT,<br><br>　　Defendant. | Case No. 3:22-cv-00601<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## **JOINT MOTION TO MODIFY SCHEDULING ORDER**

Plaintiff Mark Watson, and Defendant David R. Grimmett, by and through their respective undersigned counsel, submit this Joint Motion to Modify Scheduling Order ("Motion") and state as follows:

1. On January 20, 2023, the Court entered its Initial Case Management Order, outlining various deadlines for the Parties. *See* ECF No. 20.

2. The Court originally set the deadline for fact discovery for July 17, 2023, and the deadline for all motions related to fact discovery to be filed by August 16, 2023. *Id.*

3. The deadline for dispositive motions was set for October 13, 2023. *Id.*

4. On May 31, 2023, the Parties filed a Joint Status Report informing the Court of their settlement negotiation progress. ECF No. 23.

5. On July 17, 2023, the Parties filed a Joint Motion to Extend Fact Discovery and Discovery Motions Deadlines (ECF No. 24), requesting that the Court extend the fact discovery deadline to August 29, 2023, and the motions related to fact discovery deadline to September 13, 2023, which this Court granted on July 18, 2023. ECF No. 25.

6. On August 14, 2023, the Parties filed their second Joint Status Report informing the Court of their settlement negotiation process. ECF No. 26.

7. The Parties have continued to make progress in settlement negotiations since their August 14, 2023, Joint Status Report, though they have not yet resolved this case amongst themselves. In fact, Defendant made a counteroffer to Plaintiff at the end of last week, and Plaintiff has made a counterdemand at the beginning of this week.

8. The Parties had agreed amongst themselves to hold off on completing discovery while pursuing a resolution, and the Parties believe they are now close to reaching a settlement in principle. The Parties anticipate either reaching a settlement in principle or reaching an impasse in negotiations within the next week or two.

9. If the Parties are not able to resolve this case amongst themselves though, they will need additional time to complete discovery in this case.

10. For these reasons, the Parties respectfully request the Court extend the fact discovery deadline to October 13, 2023, the motions related to fact discovery deadline to October 30, 2023, and the dispositive motions deadline to November 30, 2023.

11. The requested extended deadlines should not conflict with the remaining scheduled dates or the target trial date and should leave plenty of time for the Parties to finish discovery and prepare dispositive motions, assuming that the Parties are unable to settle amongst themselves.

12. Counsel for both Parties have conferred regarding this Motion. The Parties agree on the relief requested and submit this Motion jointly.

13. This Motion is brought for good cause and not for the purpose of unnecessary delay.

**WHEREFORE**, for the reasons stated above, the Parties respectfully request that the Court grant this Motion, and extend the fact discovery deadline to October 13, 2023, the motions

related to fact discovery deadline to October 30, 2023, and the dispositive motions deadline to November 30, 2023.

Respectfully submitted,

*s/ Colby Qualls*
Colby Qualls, Ark. Bar No. 2019246
FORESTER HAYNIE, PLLC
Dallas, Texas 75201
Telephone: (214) 210-2100
cqualls@foresterhaynie.com

Heather M. Collins, BPR #26099
Ashley Shoemaker Walter, BPR #037651
Caroline Drinnon, BPR #037016
HMC Civil Rights Law, PLLC
7000 Executive Center Drive
Building Two, Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
heather@hmccivilrights.com
ashley@hmccivilrights.com
caroline@hmccivilrights.com

Attorneys for Plaintiff


*s/ Mary Taylor Gallagher*
Mary Taylor Gallagher, BPR #21482
GULLETT SANFORD ROBINSON & MARTIN PLLC
150 Third Avenue South, Suite 1700
Nashville, Tennessee 37201
Telephone: (615) 244-4994
Facsimile: (615) 256-6339
mtgallagher@gsrm.com

Attorney for Defendant

## **CERTIFICATE OF SERVICE**

   I hereby certify that on the 29th day of August, 2023, a copy of the foregoing **Motion** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Mary Taylor Gallagher, Esq.
GULLETT SANFORD ROBINSON & MARTIN PLLC
150 Third Avenue South, Suite 1700
Nashville, Tennessee 37201
Telephone: (615) 244-4994
Facsimile: (615) 256-6339
mtgallagher@gsrm.com

Attorney for Defendant

                 */s Colby Qualls*
                 **Colby Qualls**

4

Case 3:22-cv-00601   Document 28   Filed 08/29/23   Page 4 of 4 PageID #: 85