UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARK WATSON,

     Plaintiff,

v.

DAVID R. GRIMMETT,

     Defendant.

Case No. 3:22-cv-00601

Chief Judge Waverly D. Crenshaw, Jr.
Magistrate Judge Alistair E. Newbern

## <u>ORDER</u>

The parties' motion to extend the discovery and dispositive motions deadlines is GRANTED IN PART. The deadline to complete fact discovery is EXTENDED to October 13, 2023. The deadline to file motions related to fact discovery is EXTENDED to October 30, 2023. The deadline to file dispositive motions is EXTENDED to November 15, 2023.

If the parties require a longer extension of the dispositive motion deadline, they must file a motion to continue the March 26, 2024 trial date for Chief Judge Crenshaw's consideration.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge