UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK WATSON,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID R. GRIMMETT,<br><br>    Defendant. | Case No. 3:22-cv-00601<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

**JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY**

Plaintiff Mark Watson ("Plaintiff"), and Defendant David R. Grimmett ("Defendant"), by and through their undersigned counsel, for their Joint Notice of Settlement and Motion to Stay, state as follows:

1. The Parties have reached a settlement in principle that will resolve all claims brought in this lawsuit.

2. The Parties are in the process of finalizing settlement terms and expect to file their Joint Stipulation of Dismissal with Prejudice within 30 days of the filing of this Joint Notice of Settlement and Motion to Stay.

3. In light of the settlement in principle, the Parties ask this Court to stay all remaining deadlines to allow the Parties time to finalize the settlement terms and dismiss the case.

4. Should the Parties be unable to file their dismissal papers by November 13, 2023, the Parties will make an appropriate request for extension to the Court, if required, or provide a status update.

WHEREFORE, the Parties jointly request that the remaining deadlines be stayed to allow the Parties time to finalize their settlement terms and move for dismissal afterwards; and for such other and further relief as the Court may deem just and proper.

Respectfully submitted,

*s/ Colby Qualls*
Colby Qualls
FORESTER HAYNIE PLLC
400 North Saint Paul Street, Ste. 700
Dallas, Texas 75201
Telephone: (214) 210-2100
cqualls@foresterhaynie.com

Heather M. Collins, BPR #26099
Ashley Shoemaker Walter, BPR #037651
Caroline Drinnon, BPR #037016
HMC Civil Rights Law, PLLC
7000 Executive Center Drive
Building Two, Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
heather@hmccivilrights.com
ashley@hmccivilrights.com
caroline@hmccivilrights.com

Attorneys for Plaintiff


*s/ Mary Taylor Gallagher*
Mary Taylor Gallagher, BPR #21482
GULLETT SANFORD ROBINSON & MARTIN PLLC
150 Third Avenue South, Suite 1700
Nashville, Tennessee 37201
Telephone: (615) 244-4994
Facsimile: (615) 256-6339
mtgallagher@gsrm.com

Attorney for Defendant

2

## CERTIFICATE OF SERVICE

       I hereby certify that on the 13th day of October, 2023, a copy of the foregoing **Joint Notice of Settlement and Motion to Stay** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Mary Taylor Gallagher, Esq.
GULLETT SANFORD ROBINSON & MARTIN PLLC
150 Third Avenue South, Suite 1700
Nashville, Tennessee 37201
Telephone: (615) 244-4994
Facsimile: (615) 256-6339
mtgallagher@gsrm.com

Attorney for Defendant

                                        */s Colby Qualls*
                                        **Colby Qualls**

3

Case 3:22-cv-00601     Document 30     Filed 10/13/23     Page 3 of 3 PageID #: 89