UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK WATSON,<br><br>　　Plaintiff,<br><br>v.<br><br>DAVID R. GRIMMETT,<br><br>　　Defendant. | Case No. 3:22-cv-00601<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

The parties have notified the Court that they have reached a settlement of all claims and ask that this matter be stayed to conclude the settlement process. (Doc. No. 30.) The motion is GRANTED. The parties are ORDERED to make the necessary filings to terminate the action by November 13, 2023.

All outstanding deadlines in this matter are STAYED pending the parties' filing. However, the parties are on notice that no extension of the November 15, 2023 deadline to file dispositive motions will be granted unless Chief Judge Crenshaw grants a motion to continue the April 17, 2023 trial date.

It is so ORDERED.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ALISTAIR E. NEWBERN
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge