UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK WATSON,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>DAVID R. GRIMMETT,<br><br>　　　Defendant(s). | Case No. 3:22-cv-00601<br>Judge Crenshaw<br>Magistrate Judge Newbern |

## NOTICE OF ATTORNEY WITHDRAWAL

Comes Now, Heather M. Collins, and respectfully notifies this Court that Caroline M. Drinnon is withdrawing as counsel for Plaintiff. The undersigned will continue as counsel for Plaintiff.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*/s/ Heather Moore Collins*
　　　　　　　　　　　　　　　　　Heather Moore Collins (BPR #026099)
　　　　　　　　　　　　　　　　　Ashley Shoemaker Walter (BPR #037651)
　　　　　　　　　　　　　　　　　HMC Civil Rights Law PLLC
　　　　　　　　　　　　　　　　　7000 Executive Center Drive, Suite 320
　　　　　　　　　　　　　　　　　Brentwood, TN 37027
　　　　　　　　　　　　　　　　　Phone: (615) 724-1996
　　　　　　　　　　　　　　　　　Fax: (615) 691-7019
　　　　　　　　　　　　　　　　　heather@hmccivilrights.com
　　　　　　　　　　　　　　　　　ashley@hmccivilrights.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2023, the foregoing has been furnished via the Court's electronic filing system to the following:

Colby Qualls
FORESTER HAYNIE PLLC
400 North Saint Paul Street, Ste. 700
Dallas, Texas 75201
Telephone: (214) 210-2100
cqualls@foresterhaynie.com

*Attorney for Plaintiff*

Mary Taylor Gallagher,
GULLETT SANFORD ROBINSON & MARTIN PLLC
150 Third Avenue South, Suite 1700
Nashville, Tennessee 37201
Telephone: (615) 244-4994
Facsimile: (615) 256-6339
mtgallagher@gsrm.com

*Attorney for Defendant*

> */s/ Heather Moore Collins*
> Heather Moore Collins