> Motion (35) is **GRANTED** and the parties shall file their dismissal documents on or by **February 12, 2024.**
>
> *Waverly D. Crenshaw, Jr.*
> Chief US District Judge

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK WATSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DAVID R. GRIMMETT,<br><br>　　　　Defendant. | Case No. 3:22-cv-00601<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

### SECOND JOINT MOTION FOR EXTENSION OF DEADLINE TO FILE DISMISSAL PAPERS

Plaintiff Mark Watson ("Plaintiff"), and Defendant David R. Grimmett ("Defendant"), by and through their undersigned counsel, for their Second Joint Motion for Extension of Deadline to File Dismissal Papers, state as follows:

1. On October 13, 2023, the Parties filed a Notice of Settlement and Motion to Stay (ECF No. 30), informing the Court that they had reached a settlement in principle and requesting that the Court stay all remaining deadlines to allow the Parties time to finalize the settlement terms and dismiss the case.

2. The Parties informed the Court that they anticipated filing their dismissal papers by November 13, 2023. *Id.*

3. On October 16, 2023, the Court granted the Parties' Motion to Stay and ordered the Parties to file their dismissal papers by November 13, 2023. ECF No. 31.

4. On November 13, 2023, the Parties filed a Joint Motion for Extension of Deadline to File Dismissal Papers, informing the Court that they were still in the process of finalizing settlement terms and in the process of drafting the agreement to the satisfaction of all parties. ECF