# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| MARK WATSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:22-cv-00601 |
| | ) | |
| DAVID R. GRIMMETT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pursuant to the telephone conference on February 14, 2024, on the parties Third Joint Motion for Extension of Deadline to File Dismissal Papers (Doc. No. 37), the motion is **DENIED.** The parties shall file their settlement agreement for the Court's approval on or before **February 19, 2024.** Until the Court approves the settlement, the trial and all deadlines in the Court's order (Doc. No. 21) remain in effect.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1