UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK WATSON,<br><br>　　Plaintiff,<br><br>v.<br><br>DAVID R. GRIMMETT,<br><br>　　Defendant. | Case No. 3:22-cv-00601<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

Before the Court is the parties' Joint Motion for Approval of Settlement and for Entry of Dismissal with Prejudice (Doc. No. 40). This matter is ripe for the Court's review. Plaintiff filed this case on August 8, 2022 (Doc. No. 1), and the parties filed a joint notice of settlement on October 13, 2023 (Doc. No. 30). The parties now seek approval of their Fair Labor Standards Act settlement. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).

In seeking approval, the parties have outlined the terms and conditions of the settlement. All parties to this matter were represented by counsel. The settlement was the result of an arms-length negotiating process, taking into account the potential risks and outcomes of this action. Considering all of these factors and those presented in the Joint Motion, the Court finds that the settlement agreement of the parties is a fair, adequate, and reasonable resolution of a bona fide dispute about wages under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, and thus, the parties' Joint Motion for Approval of Settlement and for Entry of Dismissal with Prejudice (Doc. No. 40) is **GRANTED**. As such, this matter is **DISMISSED** with prejudice. The Court reserves jurisdiction for the limited purpose of enforcing the settlement agreement if necessary.

IT IS SO ORDERED.

                                                _____
                                                WAVERLY D. CRENSHAW, JR.
                                                CHIEF UNITED STATES DISTRICT JUDGE

Approved for Entry:

*s/ Colby Qualls with permission*
Colby Qualls
FORESTER HAYNIE PLLC
400 North Saint Paul Street, Ste. 700
Dallas, Texas 75201
Telephone: (214) 210-2100
cqualls@foresterhaynie.com

Heather M. Collins, BPR #26099
Ashley Shoemaker Walter, BPR #037651
HMC Civil Rights Law, PLLC
7000 Executive Center Drive
Building Two, Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
heather@hmccivilrights.com
ashley@hmccivilrights.com

*Attorneys for Plaintiff*


*s/ Mary Taylor Gallagher*
Mary Taylor Gallagher, BPR #21482
GULLETT SANFORD ROBINSON & MARTIN PLLC
150 Third Avenue South, Suite 1700
Nashville, Tennessee 37201
Telephone: (615) 244-4994
Facsimile: (615) 256-6339
mtgallagher@gsrm.com

*Attorney for Defendant*