UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK WATSON, <br><br> Plaintiff, <br><br> v. <br><br> DAVID R. GRIMMETT, <br><br> Defendant. | Case No. 3:22-cv-00601 |

## ORDER

Before the Court is the parties' Joint Motion for Approval of Settlement and for Entry of Dismissal with Prejudice (Doc. No. 40). This matter is ripe for the Court's review. Plaintiff filed this case on August 8, 2022 (Doc. No. 1), and the parties filed a joint notice of settlement on October 13, 2023 (Doc. No. 30). The parties now seek approval of their Fair Labor Standards Act settlement. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).

In seeking approval, the parties have outlined the terms and conditions of the settlement. All parties to this matter were represented by counsel. The settlement was the result of an arms-length negotiating process, taking into account the potential risks and outcomes of this action. Considering all of these factors and those presented in the Joint Motion, the Court finds that the settlement agreement of the parties is a fair, adequate, and reasonable resolution of a bona fide dispute about wages under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, and thus, the parties' Joint Motion for Approval of Settlement and for Entry of Dismissal with Prejudice (Doc. No. 40) is **GRANTED**. As such, this matter is **DISMISSED WITH PREJUDICE**. The Court reserves jurisdiction for the limited purpose of enforcing the settlement agreement if necessary.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE